IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**CORNELLIUS HUGHLEY,**

    Plaintiff,

v.

**COCA-COLA REFRESHMENTS USA, INC.,**

    Defendant.

Civil Action No. 7:13-CV-44 (HL)

## ORDER

This case is before the Court on a Joint Motion for Order of Referral to Arbitration and Stay of Proceedings (Doc. 6). The motion is granted as follows.

It is ordered that the claims asserted in this action shall be arbitrated pursuant to Coca-Cola Refreshments' Solutions Program. If Plaintiff submits a request for arbitration pursuant to the Solutions Program within 45 days of the entry of this Order pursuing any or all claims asserted in his complaint, any such claims shall relate back to the date that his complaint was filed.

Pending arbitration, the proceedings in this case are stayed. The parties are to file a report no later than July 12, 2013 informing the Court of the status of the arbitration. If the arbitration is not proceeding in what the Court perceives to be a timely manner, the stay in this case may be lifted.

**SO ORDERED**, this the 15th day of May, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh