## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

**CORNELLIUS HUGHLEY,**

     Plaintiff,

v.

**COCA-COLA REFRESHMENTS USA, INC.,**

     Defendant.

Civil Action No. 7:13-CV-44 (HL)

## ORDER

The Court has reviewed the Joint Status Report (Doc. 10) filed by the parties on July 15, 2013. The Court finds the report unsatisfactory for two reasons. First, the report did not show cause as to why the parties did not timely file the status report initially. Second, the report indicates that the arbitration is not proceeding in a timely manner. The case was stayed on May 15, 2013 so the parties could engage in arbitration. Plaintiff waited until July 11, 2013, almost two months after the stay was entered, to submit his demand for arbitration. Such an unexplained delay is not acceptable to the Court. The parties were warned that the stay might be lifted if the arbitration was not proceeding in a timely manner, and the Court so finds that it is not. The arbitration stay is lifted, and Defendant is directed to file an answer no later than August 5, 2013.

**SO ORDERED**, this the 17th day of July, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh